776 A.2d 266

**Susan PAGNOTTI, Administratrix of the Estate of Thomas Pagnotti, Jason Humphrey, a Minor by and through his mother, Gela Fabrizio and Gela Fabrizio on her own behalf, Appellants**

**v.**

**LANCASTER TOWNSHIP, Appellee.**

Supreme Court of Pennsylvania.

Submitted Feb. 15, 2001.

Decided June 20, 2001.

468

Kenneth L. Mirsky, Philàdelphia, for appellants, Gela Fabrizio et al.

Charles J. Daly, Philadelphia, for appellee, Lancaster Tp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.